IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KEVIN DALE BROACH                                                                                    PLAINTIFF

v.                                                   Case No. 4:23-cv-4064

SERGEANT CHETT STUBBS;
DEPUTY ISSIAC ALVARADO;
JAILER SYNAMIN GARRET; and
JAILER WHITNEY HIGGINS                                                                          DEFENDANTS

**ORDER**

  Before the Court is a Report and Recommendation issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6. After evaluating Plaintiff's *pro se* Complaint (ECF No. 1) for preservice screening pursuant to 28 U.S.C. § 1915A(a), Judge Ford recommends that: 1) Plaintiff's claim of deprivation of personal property against Defendants Alvarado and Garrett should be dismissed with prejudice, and 2) Plaintiff's claims of excessive force, denial of medical care, First Amendment violations, and cruel and unusual punishment alleged against all Defendants should remain for service.

  No party has filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 6) *in toto*. Plaintiff's deprivation of property claim against Defendant Alvarado and Garret is hereby **DISMISSED WITH PREJUDICE**. Plaintiff's remaining claims shall proceed.

  **IT IS SO ORDERED**, this 10th day of October, 2023.

                        /s/ Susan O. Hickey
                        Susan O. Hickey
                        Chief United States District Judge